### 9845. CHRISTIAN v. MATTHEWS.

JENKINS, J. The verdict is amply supported by the evidence, and the charge of the court fully and fairly covered every issue made by the testimony and the pleadings. The failure to give certain instructions to the jury, as complained of, even had there been a timely request, would not have been error. *Hill* v. *Ludden & Bates*, 113 *Ga.* 320 (3) (38 S. E. 752).

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*
DECIDED JANUARY 15, 1919.

Trover; from DeKalb superior court—Judge Smith. May 6, 1918.

*Thomas B. Brown,* for plaintiff in error.
*Hewlett & Dennis,* contra.